*Donald L. Ochs* and *Oscar Levine* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.

In the Matter of the Claim of CLAIRE TOAL, Respondent, against CITY OF NEW YORK, Appellant.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 6, 1946; decided July 23, 1946.

*John J. Bennett, Corporation Counsel* (*Jeannette H. Harris* and *Seymour B. Quel* of counsel), for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum, Gilbert M. Landy* and *Lester D. Volk* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.